IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MON ELA and LUZ F ELA,<br><br>    Defendants.<br>_____ / | No. C 11-02376 WHA<br><br>**NOTICE REGARDING REPORT AND RECOMMENDATION REGARDING SUMMARY REMAND** |

   Prior to reassignment, Magistrate Judge Donna Ryu filed a report and recommendation that recommends that this action be remanded to the Santa Clara County Superior Court. Pursuant to FRCP 72(a), the parties must file any objections to the report and recommendation within 14 days after being served with a copy. The report and recommendation was served today. Therefore, any objections are due by **JUNE 21, 2011**.

Dated: June 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE